JUSTICE HARRISON
specially concurring.
I concur in the result reached by majority in this opinion holding that the District Court erred in granting partial summary judgment based on Restatement (Second) of Agency § 214. As noted in the opinion, this Court has not previously adopted this section as law in Montana and, in my opinion, it is unfortunate that the District Court did in this case.
In concurring with the result of this case, I do not in any manner approve, condone or support the apparent indifferent hiring practices employed by the State of Montana in this case. The fact situation of this case clearly illustrates the unconcerned hiring practices implemented by the State — it is appalling that it clearly took little or no interest in the character or integrity of this defendant who was hired to care for our disabled or disadvantaged. The State’s investigation of potential employees should have prevented the hiring of such a man, who, during the course of his employment with the State of Montana, brought discredit not only to himself and to the institution but also to the other employees of that institution who are devoted and who truly care for our unfortunate citizens. The citizens of this State who suffer the misfortune of having family members in such institutions deserve both the peace of mind and the assurance that their loved ones are safe and well cared for.